## Commonwealth *v.* Auerbach, Appellant (No. 3).

Argued Dec. 5, 1918. Appeal, No. 244, Oct. T., 1918, by defendant, to June Sess., 1918, No. 28, on verdict of guilty in case of Commonwealth v. Emanuel Auerbach. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

Indictment for assault and battery.
From the record it appeared that the defendant was indicted on a charge of assault and battery. He was found guilty and sentenced as of June Sess., 1918, No. 26. No sentence was passed as of June Sess., 1918, No. 28.

*Harry Felix,* and with him *Joseph Gross,* for appellant.

*Joseph A. Taulane,* Assistant District Attorney, and with him *Charles E. Fox,* Assistant District Attorney,

and *Samuel P. Rotan,* District Attorney, for appellee.—
Moved that Appeal No. 244, Oct. T., 1918, be quashed
because no judgment had been entered on the conviction
by the jury.

OPINION BY TREXLER, J., January 3, 1919:
We are convinced that there was no sentence imposed
in this case. There being no final judgment of the court,
the motion to quash must prevail.
The appeal is quashed.